UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No. 3:03CR080 (JBA) |
| JIE SUN | : | September 12, 2006 |

MOTION TO DISMISS

    The United States Attorney, through Anthony E. Kaplan, Assistant United States Attorney, respectfully requests that Counts One and Three of the Indictment filed against Jie Sun be dismissed.

                                    Respectfully Submitted,

                                    KEVIN J. O'CONNOR
                                  UNITED STATES ATTORNEY

                                  ANTHONY E. KAPLAN
                                  ASSISTANT U.S. ATTORNEY
                                  ct08083
                                  157 CHURCH STREET, 23RD FLR.
                                  NEW HAVEN, CT  06510
                                  (203) 821-3700

SO ORDERED:

_____
JANET B. ARTERTON
UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut,
this ____ day of September, 2006.

<u>CERTIFICATION</u>

      This is to certify that a copy of the foregoing Government's Motion to Dismiss was mailed this _____ day of September, 2006 to Michael Stanton Hillis, Esquire, Dombroski, Knapsack & Hillis, 129 Whitney Avenue, New Haven, CT 06510.

_____
ANTHONY E. KAPLAN