**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : **CASE NO. 3:03cr80 (JBA)** |
| **JIE SUN** | : |

### ENDORSEMENT ORDER

     Government's motion to dismiss counts one and three of the indictment is GRANTED.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: September 14, 2006